THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ORG Lluch Salvado, S.A.,<br><br>Plaintiff,<br><br>v.<br><br>DENDREON CORPORATION,<br>MITCHELL H. GOLD, and DAVID URDAL,<br><br>Defendants. | CASE NO. 2:11-cv-00039RAJ<br><br>STIPULATION REGARDING SCHEDULING MODIFICATION<br><br>**NOTING DATE:**  March 11, 2011 |

Defendants Dendreon Corporation, Dr. Mitchell Gold and Dr. David Urdal, and plaintiff ORG Lluch Salvado, S.A. (collectively, "Parties"), through their counsel of record, having met and conferred, submit the following Stipulation Regarding Scheduling Modification.

1. The deadline for defendants to answer or otherwise respond to the Complaint for Violations of the Securities Laws ("Complaint") is March 11, 2011.

2. Pursuant to the Court's February 16, 2011 Minute Order Regarding Initial Disclosure, Joint Status Report, and Early Settlement [Dkt. 15], additional deadlines are as follows:

**STIP RE SCHEDULE MODIFICATION - 1**
CASE NO.: 2:11-cv-00039-RAJ

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

a) Deadline for FRCP 26(f) conference shall be no later than March 18, 2011.

b) Initial Disclosure Pursuant to FRCP 26(a)(1) shall be filed no later than March 25, 2011.

c) Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Rule CR 16 shall be filed no later than April 1, 2011.

3. The Parties have met and conferred, and agreed that, in order to allow sufficient time to conduct settlement negotiations, all current deadlines should be extended by 30 days as follows:

a) Deadline for defendants to answer or otherwise respond to Complaint shall be no later than April 11, 2011.

b) Deadline for FRCP 26(f) conference shall be no later than April 18, 2011.

c) Initial Disclosure Pursuant to FRCP 26(a)(1) shall be filed no later than April 25, 2011.

d) Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Rule CR 16 shall be filed no later than May 2, 2011.

**STIP RE SCHEDULE MODIFICATION - 2**
CASE NO.: 2:11-cv-00039-RAJ

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1   DATED this 11th day of March 2011.

2                                  s/Barry M. Kaplan
Barry M. Kaplan, WSBA #8661
Claire Loebs Davis, WSBA #39812
**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500
Fax:  (206) 883-2699
Email:  bkaplan@wsgr.com
Email:  cldavis@wsgr.com

*Attorneys for Defendants Dendreon Corporation and David Urdal*

s/ Robert M. Sulkin
Robert M. Sulkin, WSBA No. 15425
Malaika M. Eaton, WSBA No. 32837
**MCNAUL EBEL NAWROT & HELGREN**
600 University Street, Suite 2700
Seattle, WA  98101
Telephone:  (206) 467-1816
Facsimile:   (206) 624-5128
Email:  rsulkin@mcnaul.com
Email:  meaton@mcnaul.com

*Attorneys for Defendant Mitchell Gold*

s/ Steve W. Berman
Steve W. Berman, WSBA No. 12536
Karl Phillip Barth, WSBA No. 22780
**HAGENS BERMAN SOBOL SHAPIRO**
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Email:  steve@hbsslaw.com
Email:  karlb@hbsslaw.com

Ex Kano S. Sams II (*admitted pro hac vice*)
Lionel Z. Glancy (*admitted pro hac vice*)
**GLANCY BINKOW & GOLDBERG**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Email:  esams@glancylaw.com
Email:  lglancy@glancylaw.com

*Attorneys for Plaintiff*

**STIP RE SCHEDULE MODIFICATION - 3**
CASE NO.:  2:11-cv-00039-RAJ

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notification.

Dated: March 11, 2011

s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661

CERTIFICATE OF SERVICE - 4
CASE NO.: 2:11-cv-00039-RAJ
4288114_1.DOCX

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699