THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ORG Lluch Salvado, S.A.,<br><br>Plaintiff,<br><br>v.<br><br>DENDREON CORPORATION,<br>MITCHELL H. GOLD, and DAVID URDAL,<br><br>Defendants. | CASE NO. 2:11-cv-00039RAJ<br><br>[PROPOSED] ORDER GRANTING STIPULATION REGARDING SCHEDULING MODIFICATION<br><br>**Note on Motion Calendar:**<br><br>March 11, 2011 |

Based upon the stipulation of the Parties, by and through their counsel of record, and for good cause appearing, IT IS HEREBY ORDERED that the current schedule should be modified to set the following deadlines:

1. Deadline for defendants to answer or otherwise respond to the Complaint for Violations of the Securities Laws shall be no later than April 11, 2011.

2. Deadline for FRCP 26(f) conference shall be no later than April 18, 2011.

3. Initial Disclosure Pursuant to FRCP 26(a)(1) shall be filed no later than April 25, 2011.

4. Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Rule CR 16 shall be filed no later than May 2, 2011.

[PROPOSED] ORDER GRANTING STIP RE SCHEDULE MODFICATION- 1
CASE NO.: 2:11-cv-00039-RAJ

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1 | DATED this _____ day of March 2011.

2

3 | _____
HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT COURT JUDGE

4 | Submitted by:

5 | s/Barry M. Kaplan
Barry M. Kaplan, WSBA #8661
6 | Claire Loebs Davis, WSBA #39812
**WILSON SONSINI GOODRICH & ROSATI**
7 | 701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
8 | Telephone: (206) 883-2500
Fax: (206) 883-2699
9 | Email: bkaplan@wsgr.com
Email: cldavis@wsgr.com
10

*Attorneys for Defendants Dendreon Corporation and David Urdal*

11

s/ Robert M. Sulkin
12 | Robert M. Sulkin, WSBA No. 15425
Malaika M. Eaton, WSBA No. 32837
13 | **MCNAUL EBEL NAWROT & HELGREN**
600 University Street, Suite 2700
14 | Seattle, WA 98101
Telephone: (206) 467-1816
15 | Facsimile: (206) 624-5128
Email: rsulkin@mcnaul.com
16 | Email: meaton@mcnaul.com

17 | *Attorneys for Defendant Mitchell Gold*

18 | s/ Steve W. Berman
Steve W. Berman, WSBA No. 12536
19 | Karl Phillip Barth, WSBA No. 22780
**HAGENS BERMAN SOBOL SHAPIRO**
20 | 1918 8th Avenue, Suite 3300
Seattle, WA 98101
21 | Telephone: (206) 623-7292
Email: steve@hbsslaw.com
22 | Email: karlb@hbsslaw.com

23 | Ex Kano S. Sams II (*admitted pro hac vice*)
Lionel Z. Glancy (*admitted pro hac vice*)
24 | **GLANCY BINKOW & GOLDBERG**
1801 Avenue of the Stars, Suite 311
25 | Los Angeles, CA 90067
Telephone: (310) 201-9150
26 | Email: esams@glancylaw.com
Email: lglancy@glancylaw.com
27

*Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING STIP RE SCHEDULE MODFICATION- 2
CASE NO.: 2:11-cv-00039-RAJ

1 **CERTIFICATE OF SERVICE**

2 I hereby certify that on March 11, 2011, I electronically filed the foregoing with

3 the Clerk of the Court using the CM/ECF system, which will send notification of such

4 filing to all counsel of record who receive CM/ECF notification.

5

6 Dated:  March 11, 2011

7 s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CERTIFICATE OF SERVICE - 3
CASE NO.:  2:11-cv-00039-RAJ
4288124_1.DOCX

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699